In the Matter of the Application for a Subpœna Directed to R. R. GOVIN and Others, Requiring Them to Testify, Pursuant to a Notice Given under Section 863 of the Revised Statutes of the United States in an Action Pending in the United States District Court for the District of South Dakota, between TRANSCONTINENTAL PETROLEUM COMPANY, Plaintiff, and INTEROCEAN OIL COMPANY, Defendant. TRANSCONTINENTAL PETROLEUM COMPANY, Appellant and Respondent; INTEROCEAN OIL COMPANY and Others, Respondents and Appellants.— On appeal of Transcontinental Petroleum Company, order reversed, with ten dollars costs and disbursements: On appeal of Interocean Oil Company and witnesses, order affirmed,

without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.